UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

              Plaintiff,                      Case No. 26-mj-30392

v.

                                            Charging Dist. No. 24-cr-00371

PAMELA YODER,                      Southern District of Texas

              Defendant.

---

GOVERNMENT'S PETITION FOR REMOVAL
OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

---

Pursuant to Rule 5 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order holding defendant Pamela Yoder to answer to pretrial release violations pending in another federal district, and states:

1. On June 30, 2026, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Southern District of Texas based on a Petition for Action on Conditions of Pretrial Release. Defendant is currently charged in that district with Conspiracy to Commit Wire Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1349 and 1343.

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.   *See* Fed. R. Crim. P. 5(c)(3).

   WHEREFORE, the government requests this Court to conduct removal proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

Date:   June 30, 2026

s/ ANTHONY P. VANCE
Assistant U.S. Attorney
600 Church Street
Flint, MI 48502-1280
(810) 766-5177

page 2